FILED
ENTERED

COUNSEL/PARTIES OF RECORD

SEP 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-272-LDG (GWF) |
| ANGELA OCKUNZZI, | ) ) | |
| Defendant. | ) ) | |

**ORDER OF FORFEITURE**

This Court found on March 3, 2011, that ANGELA OCKUNZZI shall pay a criminal forfeiture money judgment of $10,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #33.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANGELA OCKUNZZI a criminal forfeiture money judgment in the amount of $10,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 23 day of September , 2011.

_____
UNITED STATES DISTRICT JUDGE